No. 03–1449.   AEROQUIP-VICKERS, INC., AND SUBSIDIARIES, FKA TRINOVA CORP. AND SUBSIDIARIES *v.* COMMISSIONER OF IN-

TERNAL REVENUE. C. A. 6th Cir. Certiorari denied. ▮